UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NETBANK,                              )
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )         Case No. 4:06CV1295 HEA
                                      )
FELITA S. WILLIAMS, et al.,           )
                                      )
        Defendants.                   )

## DEFAULT JUDGMENT

Pursuant to the Clerk's Entry of Default entered on May 1, 2007,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

judgment is entered in favor of Plaintiff and against Defendant Ifiok J. Equere in the

amount of $298,435.93, plus costs.

Dated this 22nd day of May, 2007.


_____
    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE