UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NETBANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV1295 HEA |
| | ) |
| FELITA S. WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFAULT JUDGMENT

Pursuant to the Clerk's Entry of Default entered on May 1, 2007,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant Terri Pruitt in the amount of $298,435.93, plus costs.

Dated this 22nd day of May, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE