UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NETBANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1295 HEA |
| | ) | |
| FELITA S. WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

Pursuant to the Clerk's Entry of Default entered on May 1, 2007,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

judgment is entered in favor of Plaintiff and against Defendant Alonzo Askew in the

amount of $298,435.93, plus costs.

Dated this 22nd day of May, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE