UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NETBANK, | ) |
| | ) |
|     Plaintiff/Judgment Creditor, | ) |
| | ) |
| vs. | )   Case No.   4:06CV1295 HEA |
| | ) |
| TERRI L.M. HARRIS PRUITT, | ) |
| | ) |
|     Defendant/Judgment Debtor, | ) |
| | ) |
|     Garnishee: Christian Academy | ) |

## ORDER

This matter is before the Court on Plaintiff/Judgment Creditor's Motion for Default Judgment against Christian Academy, a Garnishee in this case, [Doc. No. 125]. On August 11, 2008, the Court ordered the Garnishee to show cause why the Motion to Compel Discovery and for Sanctions against Garnishee should not granted. Garnishee has responded to the Court's Order. For the reasons set forth in the Motion, and for failure of Garnishee to respond in any way to this Court's Order, the Motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment, [Doc. No. 125], in the amount of $215,188.07 is granted against Garnishee, Christian Academy.

**IT IS FURTHER ORDERED** that the Clerk of the Court is ordered to send this Order to Garnishee through the United States Mail at: The Christian Academy, 11637 W. Florissant Avenue, Florissant, Missouri 63033.

Dated this 11th day of September, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE