## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
#### (Eastern Division)

| | |
|---|---|
| FDIC, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *    CASE NO. 4:06 CV 01295 HEA |
| | * |
| FELITA S. WILLIAMS, ET AL., | * |
| | * |
| DEFENDANTS. | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER GRANTING JOINT MOTION FOR CONSENT JUDGMENT

This cause coming on to be heard on the Joint Motion for Consent Judgment, the Court finds that the motion is well taken and must be granted.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Joint Motion for Consent Judgment is **GRANTED,** and judgment against Defendants Felita Williams and Williams Financial, LLC f/k/a Delta Mortgage Group, Inc. in the amount one hundred fifty one thousand three hundred and eighty seven dollars ($151,387.00), plus post judgment interest at the rate of .93% from the date the judgment is entered through the date the judgment is fully satisfied, is hereby entered.

SO ORDERED and ADJUDGED this 11 day of January 2009.

_____
District Judge