# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, § 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| TERRI PRUITT<br>12525 SHORESIDE DR.<br>FLORISSANT, MO 63033 | FDIC<br>3501 FAIRFAX DRIVE, VS-E-7012<br>ARLINGTON, VA 22226 |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| $ 298,435.93<br>____________<br>____________ | JOHN SILBERMAN<br>FDIC<br>3501 FAIRFAX DRIVE, VS-E-7012<br>ARLINGTON, VA 22226 | MAY 22, 2007<br><br>ECF NO. 79<br><br>4:06-CV-01295 HEA |

UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE

EASTERN DISTRICT OF MISSOURI

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated, 9 November 2026

NATHAN M. GRAVES, CLERK OFCOURT

By Jason W. Dockery, Deputy Clerk